UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL JAMES CLOUD,<br><br>                    Plaintiff,<br><br>        v.<br><br>COX, et al.,<br><br>                    Defendants. | No. 2:19-cv-2593 WBS DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983.  On screening, this court found service of the complaint appropriate for plaintiff's claims of excessive force against defendants Cox and Van Raiden.  (ECF No. 15.)  This court recommended dismissal of the other defendants from this action.  (ECF No. 14.)

In a document filed here on April 13, 2020, plaintiff first argues that he was prevented from fully exhausting his excessive force claim.  Plaintiff then moves for the discovery of documents from defendants regarding both the merits of his excessive force claim and the exhaustion issue. (ECF  No. 13.)  Plaintiff is advised that exhaustion is a defense that must be raised by defendants.  Until defendants raise the issue of exhaustion, plaintiff need not address it.  With respect to plaintiff's request for discovery subpoenas, that request is premature.  Defendants have not yet been served in this action.  After defendants have been served with the complaint

////

1

and have appeared in this case, this court will issue orders permitting the parties to conduct discovery.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for subpoenas (ECF No. 13) is denied as premature.

Dated:  April 20, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/clou2593.disco premature

2