UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL JAMES CLOUD, | No.  2:19-cv-2593 WBS DB P |
| Plaintiff, | |
| v. | ORDER |
| COX, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 15, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within thirty days.  Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 15, 2020, are adopted in full; and

////

1

1
2
    2. Plaintiff's claims against defendants Hurlbert, Glenn, Lucero, Cox, Cea, Anaya, Martinez, Moss, Abamonga, Villalobos, Hutchinson, and Watkins are dismissed from this action.

3   Dated:  June 8, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

13   DLB:9/clou2593.800