UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL JAMES CLOUD,<br><br>     Plaintiff,<br><br>     v.<br><br>COX, et al.,<br><br>     Defendants. | No. 2:19-cv-2593 WBS DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se.  He seeks an extension of time to file a response to defendants' answer.  Plaintiff did, in fact, file a response on January 4, 2021.  (ECF No. 42.)  Plaintiff is advised that neither this court's local rules nor the Federal Rules of Civil Procedure provide for a response to the complaint.

Accordingly, plaintiff's motion for an extension of time (ECF No. 43) is denied and plaintiff's response to the answer (ECF No. 42) shall be stricken from the record.

Dated:  January 7, 2021

DLB:9/DB/prisoner-civil rights/clou2593.strk

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1