IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL JAMES CLOUD,<br><br>                       Plaintiff,<br><br>             v.<br><br>COX, et al.,<br><br>                       Defendants. | Case No. 2:19-cv-02593 WBS DB<br><br>ORDER |

    Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983.  In a Further Scheduling Order filed November 19, 2021, this court ordered the parties to file pretrial statements in accordance with Local Rule 281.  (ECF No. 55.)  Plaintiff was ordered to file his pretrial statement and any motions necessary to obtain the attendance of witnesses at trial by January 18, 2022.  Defendants were ordered to file their pretrial statement by February 1, 2022.  The parties were advised that failure to file a pretrial statement may result in the imposition of sanctions, including dismissal of this action.

    Plaintiff filed a document titled "Pre-Trial Statement" on December 27, 2021.  (ECF No. 56.)  In that document, plaintiff fails to address the items specified in Rule 281.  Rather, plaintiff complains that he was unable to obtain a video through discovery

Defendants have filed a request to modify the Further Scheduling Order. Good cause appearing, defendants' request will be granted. Because plaintiff's pretrial statement is wholly inadequate to permit defendants, and the court, to prepare for trial, plaintiff will be ordered to file an amended pretrial statement. Plaintiff is warned that if he fails to comply with the court's scheduling orders, the present order, and Local Rule 281, this court will recommend this action be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion (ECF No. 57) to modify the Further Scheduling Order is granted. The Further Scheduling Order (ECF No. 55) is modified as follows:.

    a. Within thirty days of the filed date of this order, plaintiff shall file an amended pretrial statement and any motions necessary to obtain the attendance of witnesses at trial. Plaintiff's amended pretrial statement must comply with the requirements of Local Rule 281 and this court's scheduling orders. If plaintiff fails to file an appropriate amended pretrial statement, this court will recommend this action be dismissed for plaintiff's failure to comply with the local rules and with court orders.

    b. Within ten days of the date plaintiff's amended pretrial statement is filed, defendants shall file a pretrial statement.

2. The Further Scheduling Order is unchanged in all other respects.

Dated: February 3, 2022

*/s/ Deborah Barnes*
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB prisoner inbox/civil rights/R/clou2593.pts eot