UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL JAMES CLOUD,<br><br>          Plaintiff,<br><br>    v.<br><br>COX, et al.,<br><br>          Defendants. | No. 2:19-cv-2593 WBS DB P<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. Plaintiff alleges defendants used excessive force in violation of his Eighth Amendment rights. In a Further Scheduling Order filed November 19, 2021, this court ordered the parties to file pretrial statements in accordance with Local Rule 281. (ECF No. 55.) Plaintiff was ordered to file his pretrial statement and any motions necessary to obtain the attendance of witnesses at trial by January 18, 2022. Defendants were ordered to file their pretrial statement by February 1, 2022. The parties were advised that failure to file a pretrial statement might result in the imposition of sanctions, including dismissal of this action.

Plaintiff filed a document titled "Pre-Trial Statement" on December 27, 2021. (ECF No. 56.) In that document, plaintiff failed to address the items specified in Rule 281. Rather, plaintiff complained that he was unable to obtain a video through discovery.

////

In an order filed February 3, 2022, this court found plaintiff's pretrial statement wholly inadequate to permit defendants, and the court, to prepare for trial. (ECF No. 53.) This court ordered plaintiff to file an amended pretrial statement within thirty days. Plaintiff was warned that if he failed to comply with the court's scheduling orders, the February 3 order, and Local Rule 281, this court would recommend this action be dismissed for plaintiff's failure to comply with court orders and the local rules.

Thirty days have passed and plaintiff has not filed an amended pretrial statement or otherwise responded to the court's February 3 order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for plaintiff's failure to comply with court orders and the local rules. See E.D. Cal. R. 110; Fed. R. Civ. P. 41.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within thirty days after being served with these findings and recommendations, either party may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time may result in waiver of the right to appeal the district court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: March 21, 2022

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/clou2593.fta fr